UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FISSEHA GEZU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| CHARTER COMMUNICATIONS | ) | 3:20-CV-01476-G (BT) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **JUDGMENT**

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion to Compel Arbitration and Dismiss filed by Defendant is GRANTED, and Plaintiff's claims and causes of action against Defendant are DISMISSED without prejudice to Plaintiff's right to demand arbitration.

**SO ORDERED**.

February 5, 2021.

_____
A. JOE FISH
Senior United States District Judge